**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH GONZALEZ,

                Plaintiff,                              19 **CIVIL** 5980 (KNF)

-against-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 1, 2020, the plaintiff's motion for judgment on the pleadings is granted and the matter is remanded for rehearing; and the defendant's motion for judgment on the pleadings is denied.

**Dated:** New York, New York
         July 2, 2020

                                                     **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                              **BY:**
                                                          **Deputy Clerk**