**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH GONZALEZ,

                Plaintiff,                              19 **CIVIL** 5980 (KNF)

        -against-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      Whereas the parties having stipulated that that the Commissioner of Social Security shall pay to the plaintiff attorney fees and expenses in the amount of $6953.37 pursuant to the Equal Justice Act (EAJA) 28 U.S.C. § 2412. Such award is made in full satisfaction of any claims for fees, expenses and costs under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program, and the matter having come before the Honorable Kevin Nathaniel Fox, United States Magistrate Judge, and the Court, on November 5, 2020, having rendered its Order directing the Clerk of the Court to enter judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 5, 2020, Judgment is entered.

**Dated:** New York, New York
           November 12, 2020

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                          **Clerk of Court**
                                      **BY:**
                                                           **Deputy Clerk**